**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 03-2460

VICTORIA LUNN JONES,

Plaintiff - Appellant,

versus

FLORENCE COUNTY TAX ASSESSOR OFFICE,

Defendant - Appellee.

Appeal from the United States District Court for the District of South Carolina, at Florence.  Terry L. Wooten, District Judge. (CA-01-3121-4-25)

Submitted:  February 19, 2004          Decided:  February 24, 2004

Before NIEMEYER, GREGORY, and SHEDD, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Victoria Lunn Jones, Appellant Pro Se.  Dale Richard Samuels, COUNTY ATTORNEY'S OFFICE, Columbia, South Carolina; Eugene Noel Zeigler, Jr., HAYNSWORTH SINKLER & BOYD, P.A., Florence, South Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Victoria Lunn Jones appeals from the district court's order adopting the recommendation of the magistrate judge and granting summary judgment for the Florence County Tax Assessor Office in Jones' employment discrimination action. In the briefing order, Jones was warned that this court would not consider issues not specifically raised in her informal brief. See 4th Cir. R. 34(b). Nonetheless, Jones failed to challenge the grounds for the district court's decision; instead, she asserted claims of misconduct by opposing counsel, judges, and court staff. Accordingly, we affirm. Appellant's Motion for Order to Show Cause is denied. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED